**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JOSHUA PHILLIPS**                                                       **PLAINTIFF**

v.                                 **No. 3:15-CV-00204-JTK**

**CAROLYN W. COLVIN,**
Acting Commissioner,
Social Security Administration                                 **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 3rd day of June, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1